UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00224

**Brian Allen,**
*Plaintiff,*

v.

**Trinity Valley Community College,**
*Defendant.*

### ORDER REFERRING

Plaintiff Brian Allen brings this civil-rights action against Trinity Valley Community College alleging claims under 42 U.S.C. § 1983 and state law. Doc. 1. The court designates a magistrate judge to the full extent authorized by 28 U.S.C. § 636(b) to handle this matter.

*So ordered by the court on July 3, 2025.*

J. Campbell Barker
United States District Judge